JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>S&P GLOBAL INC., a New York corporation, IHS MARKIT LTD., a Bermuda exempted company, IHS GLOBAL INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:22-cv-01777-AB-DFM<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 18, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.